UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA JAUREGUI, | NO. CV 04-279-MAN |
| Plaintiff, | |
| v. | JUDGMENT |
| JO ANNE B. BARNHART, Commissioner of the Social Security Administration, | |
| Defendant. | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the cause is remanded for further necessary administrative proceedings, consistent with the provisions of the Memorandum Opinion and Order.

DATED: April 6, 2006

_____/s/_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE